UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DARREL WAYNE NOTO, JR. | CIVIL ACTION NO. 8-CR-0332-4 |
| VERSUS | JUDGE HAIK |
| UNITED STATES | MAGISTRATE JUDGE HANNA |

RULING

Before the undersigned, on referral from the District Judge, is the Motion for Extension of Time [Rec. Doc. 384] by Darrel Wayne Noto, Jr., seeking a 60 day extension of time for filing a motion pursuant to Title 28 U.S.C. §2255. For the reasons set out below, the motion is GRANTED.

*Procedural Background and Legal Analysis*

In considering the motion before the court, and on review of the record, the undersigned finds that on February 18, 2010, Darrel Noto entered a guilty plea to one count of Conspiracy to Possess with Intent to Distribute Cocaine, Cocaine Base, and Marijuana, in violation of 21 U.S.C. §846. [Rec. Doc. 298-99] He was sentenced on September 28, 2010. [Rec. Doc. 351] Judgment was entered on October 14, 2010. [Rec. Doc. 353] Although Noto asserts in the Motion that a direct appeal was filed on his behalf, the undersigned finds no indication of an appeal in the record.

Under provisions of §2255, a federal prisoner may move to vacate, set aside, or correct his sentence on one or more of the following grounds: (1) the sentence was imposed

in violation of the Constitution or laws of the United States; (2) the court was without jurisdiction to impose the sentence; (3) the sentence exceeds the statutory maximum sentence; or (4) the sentence is "otherwise subject to collateral attack." The motion for Extension of Time makes no reference to the anticipated grounds for the contemplated §2255 motion, and the undersigned makes no analysis or finding regarding issues of timeliness, the grounds for such motion or exhaustion of remedies by the mover regarding same. This ruling is confined to the Motion for Extension of Time.

Title 28 U.S.C. §2255 was amended by provisions of the Anti-Terrorism and Effective Death Penalty Act of 1996(AEDPA) to provide a one-year statute of limitations for the filing of motions pursuant to §2255. This limitation period generally runs from the date that the conviction becomes final. 28 U.S.C. §2255(1). Noto's conviction became final on October 24, 2010, when the time for seeking direct appellate review in the United States Fifth Circuit Court of Appeals expired, that is 10 days after the entry of Judgment on the court's criminal docket sheet. [Rec. Doc. 353]; F.R.A.P. 4(b)(1)(A)(I) and (6); *United States v. Gamble*, 208 F.3d 536(5th Cir. 2000); *United States v. Thomas*, 203 F.3d 350(5th Cir. 2000); *Clay v. United States*, 537 U.S. 522, 123 S.Ct. 1072(2003). Thus, the undersigned calculates that the deadline for filing of motions under §2255 would expire on October 24, 2011.

The Fifth Circuit has held that the statute of limitations in §2255 may be equitably tolled in "rare and exceptional circumstances." *United States. v. Patterson*, 211 F.3d 927, 930(5th Cir. 2000). In order for equitable tolling to apply, the applicant must diligently

pursue his relief. *Coleman v. Johnson*, 184 F.3d 398, 403(5th Cir. 1999); *Cousin v. Lensing*, 310 F.3d 843, 849(5th Cir. 2002). "Equitable tolling applies principally where the plaintiff is actively misled by the defendant about the cause of action or is prevented in some extraordinary way from asserting his rights." *Patterson*, 211 F.3d at 930(5th Cir. 2000); *Felder v. Johnson*, 204 F.3d 168, 171(5th Cir. 2000). In the instant case, although Noto has not filed his §2255 motion, he has filed the Motion for Extension of Time within the time window defined by §2255 and AEDPA. In the motion, Noto has asserted that he is presently confined in a Special Housing Unit, unable to access any of his legal materials. [Rec. Doc. 384, p. 1]

Considering the foregoing,

**IT IS ORDERED** that the Motion for Extension of Time is GRANTED, and Darrel Noto will be allowed a 60 day extension from October 24. 2011 in which to file a motion pursuant to 28 U.S.C. §2255.

Signed at Lafayette, Louisiana this 27th day of October, 2011.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)