U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

FEB 11 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DARREL WAYNE NOTO, JR. | CRIMINAL NO. 8-CR-0332-4 |
| | CIVIL ACTION NO. 11-cv-2109 |
| VERSUS | JUDGE HAIK |
| UNITED STATES | MAGISTRATE JUDGE HANNA |

## JUDGMENT
*(Doc. 389, 413)*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that DARREL WAYNE NOTO, JR.'s motion is GRANTED IN PART and DENIED IN PART. The motion to vacate sentence based on application of the Fair Sentencing Act is granted, and the sentence is hereby VACATED, to be re-calculated under the applicable law and sentencing guidelines. IT IS FURTHER ORDERED that once re-sentenced, Darrel Wayne Noto, Jr. shall have the right to appeal his sentence. In all other respects, the motion is DENIED.

Signed at Lafayette, Louisiana this 10 day of February, 2014.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE